```
                                    F I L E D
                            CLERK, U.S. DISTRICT COURT

                               11/18/2022

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY: _____ LP _____ DEPUTY
```

Gina Rickard
Address undisclosed for safety concerns
213-638-4700
kakz.ginagaren@gmail.com

Tami Wendel
1855 Sherington Place MS215
Newport Beach, Ca. 92663
714-868-1770
tokentami@gmail.com

Plaintiff's in Propria Persona

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

vs

Defendants

(1) Todd Shields, in his official and individual Capacity (2) Deputy DOES 1-100, in THEIR official and corporate capacity; (3) Eric Khodadian SBN 288148 in his official and individual capacity; (4) Randall White in his official and individual capacity; (5) Michael Small in his official and individual capacity; (6) Steve Hodgkins in his official and individual capacity; (7) Joseph Powell SBN 227528 in his corporate and individual capacity; (8) Brendan Bybee SBN 12342 (Nevada) in his corporate and individual capacity; (9) Layne Rushforth SBN 1004 (Nevada) in his corporate and individual capacity (10) Lee Knickerbocher in his official and individual capacity (11) Joy Rogers in her official and individual capacity; (12) Scott Lyle in his official and individual capacity; (13) Mary Fitzpatrick in her official and individual capacity,  (14) Palm Springs Police Department 1-50 in their official and corporate capacity; (15) Indio Police Department in their official and corporate capacity; (16) Torrance Police Department (1-20) in their official and corporate capacity all sued under the color of law where applicable.

Case No.

PLAINTIFF'S VERIFIED COMPLAINT AND CLAIM FOR DAMAGES against all Defendants, and each and every Defendant for:

1. Fraud and Swindle, Denial of Intangible Rights to Honest Services, mail fraud, Taking of Real Property by use of fraud, deception and racketeering
  Title 18 U.S.C. 1341,1345,1346
(where applicable under the color of law)

2. Perjury, Malicious Prosecution, Bad Faith, False, Fictitious or Fraudulent Statement or Entry.
  Title 18 U.S.C. 1001, 1621,1622, 1623

3. Quiet Title for Real properties located at 929 Calle Miramar, Redondo Beach, Ca. 90277; 38950 Trinidad Circle, Palm Springs Ca. 92264; KAKZ TV Channel 4 117100 Indian Canyon Drive North Palm Springs, Ca. 92258; 2124 River City Drive, Laughlin Nevada 89029
  Title 28 U.S.C.1343(a)(1)(2)(3)(4), 2409, 2410, 2680(h)

4. Defamation of Character, Libel and Slander
  Title 28 U.S.C.4101

5. Violation of Consumer Protection Statues
  Title 15 U.S.C. 1681

6. Violation of rights and Due Process secured by Constitution for the United States and the Constitution for the State of California
Title 42 U.S.C. 1983

Case No.

PLAINTIFFS

6. Racketeering, Aiding and Abetting
Title 18 U.S.C. 2, 3, 4;

7. Conspiracy against Rights,
Title 18 U.S.C. 241, 242;

8. Civil Rights Violations, Conspiracy,
Embezzlement against Estate, Terrorist threats
Title 18 U.S.C. 153,1595
Title 18 U.S.C. 1951-1962(a)(b)(c),

9. Accounting Against All Defendants

VS

10. Unjust Enrichment, False Claims, Intentional
Infliction of Emotional Distress, Stalking
Title 31 U.S.C. 3729,
Title 18 U.S.C. 666

11. Injunctive Relief 28 U.S.C. Rule 65(b)(1))A)

12. Wrongful Eviction of Owner and Tenant in
Possession, Fraud, Bad Faith, Trespass
Title 28 U.S.C. 1746

DEFENDANTS

13. Each Defendant is to show cause as to their
involvement with the real properties located at
929 Calle Miramar Redondo Beach, Ca. 90277;
38950 Trinidad Circle Palm Springs, Ca. 92264;
KAKZ TV Channel 4 17100 Indian Canyon Drive
North Palm Springs Ca. 92258; 2124 River City Dr.,
Laughlin, Nevada, 89029

PLAINTIFF Gina Rickard, Tami Wendel

allege the following:

JURISDICTION

The transactions and events which are the subject matter of this Complaint all occurred within

the County of Riverside and the County of Los Angeles in and for the State of California and

the County of Clark in the State of Nevada.

Case No.

The subject properties are located at 929 Calle Miramar Redondo Beach, Ca. 92077 (where Defendants locked out renters and sold the property) 38950 Trinidad Circle Palm Springs, Ca. 92264 (where Plaintiffs were illegally removed via fraudulent Unlawful Detainer) and where Randall White was the presiding Judge that denied her case out of the Riverside County Courthouse, Palm Springs Division.

 Title 42 U.S.C. Civil Rights section 1981, 1983, 1985(3), 1986 provides civil remedies authorized by law for Plaintiff to redress the deprivation of their rights under the color of laws, statutes, regulation, custom and usage of action proper under Title 28 U.S.C. 1331, 1343(a) (1,2, 3 and 4) 1334, 1391(b), 1746, 2409(a), 2410. Actions affecting property on which United States has lien or interest section (c) for an injunction and restraining order against all defendants, pursuant to Title 28 U.S.C.1651 against all defendants relating to Gina Rickard's real properties described commonly as 929 Calle Miramar, Redondo Beach Ca. 90277, 38950 Trinidad Circle . Palm Springs Ca. 92264; KAKZ TV Channel 4, 17100 Indian Canyon Drive, North Palm Springs Ca. 92258; and 2124 River City Drive Laughlin Nevada, 89092.

    This Court also has original jurisdiction and subject matter jurisdiction regarding the administrative adjudication process all causes of action- real estate, criminal and civil. California Government Code 7.14 and California Government Code 11425.10-11425.60, which requires that the agency shall give the person to which the agency action is directed notice and an opportunity to be heard, including the opportunity to present and rebut evidence; the agency shall make available to the person to which the agency action is directed a copy of the governing procedure,... the hearing shall be open to public observation, ... and the United States, INTER ALIA, as set out above and herein.

 Plaintiff requests leave to amend in the event new information is discovered.

3

1               PARTIES

2    Plaintiff Gina Rickard and her three sons (identities private due to safety concerns) lived in

3    California at 38950 Trinidad Circle, Palm Springs, CA 92264 Gina Rickard is the designated

4    HEIR to the following real properties 38950 Trinidad Circle, Palm Springs, CA 92264; 929 Calle

5    Miramar, Redondo Beach, CA 90702; KAKZ TV Channel 4, 17100 Indian Canyon Dr., North

6    Palm Springs, CA 92258 and 2124 River City Dr., Laughlin, NV 89029.

7    Defendant Todd Shields is sued in his official and individual capacity doing business from 8360

8    Kenyon Ave., Los Angeles, CA 90045.

9    Deputy DOES 1-50 is sued in their individual and corporate capacity doing business from the

10   Riverside County Sheriff's Department Palm Desert, 73705 Gerald Ford Drive, Palm Springs

11   CA. 92211.

12   Defendant Eric M Khodadian SBN 288148 is sued in his official and individual capacity doing

13   business from 601 S. Figueroa St., Ste 4050 Los Angeles, CA 90017.

14   Defendant Randall White is sued in his official and individual capacity doing business from

15   9255 Tahquitz Canyon Way, Palm Springs, CA 92262.

16   Defendant Michael Small is sued in his official and individual capacity doing business from

17   111 N. Hill St, Los Angeles, CA 90012.

18   Defendant Steve Hodgkins is sued his official and individual capacity doing business from 415

19   Orange St., Redlands, CA 92374.

20   Defendant Lee Knickerbocker is sued in his official and individual capacity doing business

21   from 450 Silver Spur Rd., Rancho Palos Verdes, CA 90275.

22   Defendant Scott Lyle is sued in his official and individual capacity doing business from 483 N.

1    Palm Canyon Dr., Palm Springs, CA 92262.

2      Defendant Mary Fitzpatrick is sued in her official and individual capacity doing business from

3    7704 W. Mesa Verde Ln. Las Vegas, Nevada, 89113.

4      Defendant Brendan Bybee SBN 12347 (Nevada) is sued in his corporate and individual

5    capacity doing business from 1707 Village Center Circle, Suite 150, Las Vegas, NV 89134.

6      Defendant Joseph Powell SPN 227528 (Nevada) is sued in his corporate and individual

7    capacity doing business from 1707 Village Center Circle, Suite 150, Las Vegas, NV 89134.

8      Defendant Lane Rushforth SBN 1004 (Nevada) is sued in his corporate and individual capacity

9    doing business from 1707 Village Center Circle, Suite 150, Las Vegas, NV 89134.

10     Defendant Joy Rogers is sued in her official and individual capacity doing business from 39361

11    Shree Rd., Temecula, CA. 92591.

12     Defendant Palm Springs Police Department 1-50 is sued in their official and corporate capacity

13    doing business from 200 S. Civic Drive, Palm Springs, Ca. 92262

14     Defendant Indio Police Department 1-50 is sued in their official and corporate capacity doing

15    business from 46800 Jackson St, Indio, Ca. 92201.

16     Defendant Torrance Police Department 1-20 is sued in their official and corporate capacity

17    doing business from 3300 Civic Center Dr. North Torrance, Ca. 90503.

18

19                          BACKGROUND OF THE CASE

20

21     Around 2014 Plaintiff Gina Rickard met and entered into a domestic partnership with Clark

22    Garen who was an only child. Clarks parents, Ruth and Bernard Garen were also the only

5

1    children from their parents. There were no aunts, uncles, cousins, brothers or sisters. Gina and

2    Clark met on the website "seeking arrangements" which verified that Clark was worth $50

3    million. Gina and Clark lived in Palm Springs at 38950 Trinidad Circle in California 92264.

4    Gina was the only person that Clark trusted. Clark and Gina had such a close relationship that

5    Clark started adoption papers for all of Gina's four children. Clark and Gina became engaged on

6    January 10th, 2019. Gina's children were recognized "as family" when Clark was hospitalized at

7    The City of Hope in Duarte, CA and were all allowed to see him every day. Gina and her

8    children managed all of Clark's affairs, his businesses, his accounting, his finances, his legal

9    affairs, the TV station KAKZ Channel 4, did all payroll for Clarks employees, and took care of

10   everything on the home front; house cleaning, nursing, yard work, cooking, doctor appointments,

11   driving, vehicle maintenance, etc.  Clark and Gina enjoyed a very affectionate relationship.

12

13   Around 2012 Todd Shields was an employee/business partner with Clark Garen and Don Hopp

14   with four different businesses doing debt collection. Todd Shields is Don Hopps former

15   stepson.

16    In 2014, one of the businesses, Professional Collection Consultants (PCC) was raided by the

17   FBI for bribing government officials in Arizona. Todd, along with Michael Flowers (who was

18   paid off to take the wrap) was prosecuted for violating civil rights. In 2017, Todd pled guilty to

19   the bribery charge and was ordered from the court that "he could not handle money" and "he

20   could not sit on the board". The business PCC was ordered to be dissolved.

21    Public records and information show that Todd Shields has a criminal record. This disqualifies

22   Todd from being the Personal Representative for the Estate of Clark Garen. This is when Todd

6

1    Shields went to Las Vegas NV. Clark had property in Laughlin NV located at 2124 River City

2    drive 89092. Nevada is the only state Todd was able to show he had "Standing" and with that

3    and the help of Defendant Doctor Steve Hodgkins. (who signed Clark's death certificate as a

4    resident of Nevada knowing Clark lived in Palm Springs) and with a fake and fraudulent WILL,

5    (drafted up by Todd Shields) went to court to be sworn in as The Personal Representative of the

6    Estate of Clark Garen. Gina Rickard and a few of Clarks longtime friends also went to the court

7    hearing to CONTEST Todd Shields being appointed. They were told the hearing was to be

8    continued until August 22nd, 2019. The very next day Gina was told, via text message, that "in a

9    secret hearing" Todd Shields had been "electronically" sworn in by Judge Michael Small without

10   any notice to Gina or anyone else contesting Todd from being appointed. Next, Todd Shields

11   came back across state lines, paid off his car loan, (using Clarks money) turned off all cell

12   phones for Gina and her boys and neglected to pay the utilities at the Palm Springs house.

13   Through this time period, the gas line was found to have several gas leaks. Gina had received

14   numerous calls saying "kaboom'. Then, Todd went to the TV Station. He removed all computers,

15   (2 of which showed Todd's illegal business activities), all files, Clark & Gina's records of their

16   investments including the 1 million dollar life insurance policy made out to Ruth Garen (Clark's

17   mother) which was for Gina because Gina had a Durable Power of Attorney before the death and

18   IS the "Successor Trustee" for the Clark & Ruth Garen Living Trust. She also has a Substitute

19   Trustee with Full Reconveyance for Ruth Garen. Clark gave her these as a gift from his mother.

20   Ruth Garen said It was for the one who took care of Clark. Gina and her boys were the family

21   Clark waited for His entire life. Clark promised the boys they would NEVER have to leave Palm

22   Springs house.

1    On April 17th; Clark was in the hospital. He got a visit from Todd Shields and Don Hopp. On this

2    visit Todd and Don came to get checks. They asked Gina to go take Sue Bates another check

3    because something happened to the first check for her. With Gina out of the room, Todd and Don

4    started to intimidate and bully Clark. Clark got upset because only his name was on the account

5    for Wireless Receivables Acquisition Group. (WRAG) Todd and Don wanted the money to go to

6    Mid Valley. Clark said No its his money. Todd and Don already owed Clark for February, March

7    and now April. Since Clark had been in the hospital, he wasn't able to do the accounting for the

8    business. This is where Todd and Don took the checkbook from Clark and wrote out their own

9    checks. Gina returned with her son Christian to find Clark CRYING. Gina asked what was

10   wrong. Clark (being their attorney) reminded Todd and Don that they were not authorized to

11   write checks. Previously, Don and Todd had FORGED Clarks name. When Clark found out he

12   quit. Todd and Don continued to upset Clark. Gina had a check for $48,000 sitting on the table

13   for investments that was not yet signed. They told Clark to sign it. Clark refused. Don said he

14   will just call the bank and tell them that "these circles" was Clarks NEW signature. The bank

15   took the check for deposit into Mid Valley. Clark wrote VOID on the checks that

16   Don and Todd had signed and had Christian write them new ones. Todd demanded that Clark

17   also write a check for $10,000 for his rent on his Mammoth Mountain house. Clark said no. Todd

18   said yes. The aggravation continued towards Clark. Todd started threatening Clark. Todd said he

19   wasn't going to pay Clark his usual $50,000 check and $24,000 as per the agreement. Todd said

20   he was only giving Clark 6,000. Clark was so upset and still crying. Gina was CRYING.

21   Christian was CRYING. Clark was in the hospital to get rest, but Todd and Don were relentless.

22

1   On April 26th Clark Garen passed away.

2

3   On April 29th, 2019, Don Hopp went to KAKZ television station and asked Gina to meet him

4   there. Todd claimed to be on a business trip. Don said Todd was away golfing. Don said he

5   needed to get in the file cabinet. He said his stocks were in there. Gina left her keys at home.

6   Don asked Gina if he could change the lock on the file cabinet then asked her where she put the

7   big life insurance policy. Gina said it's in the drawer. (It was Clark's $1 million policy which was

8   left to Ruth, Clarks mother). The locksmith arrived and changed not only the file cabinet lock but

9   all the locks in the station.

10   At this time, Gina was unaware of Todd and Dons intentions. She was still in shock over the loss

11   of her fiancé.

12    A few weeks later, Gina saw everything in the station had been moved around. Gina returned

13   finding everything had actually been taken from the station. Everything that belonged to Clark

14   and Gina. Todd and Don had left Gina without access to her own property. Gina and Tami filed a

15   report with the Riverside County Sheriffs department. The report was taken by Deputy Santos.

16   When Gina called New York Life Insurance, they told her that the policy had been cashed by a

17   woman or someone's wife.

18

19   All the Garen's assets were in a Living Family Trust. A Ruth & Clark Garen Living Trust. This

20   was to avoid probate. Gina is the only HEIR and rightful owner to these assets. She is the

21   Successor Trustee. These documents have been recorded at the Riverside County Records

22   Department.

1    The following day Gina found out Todd was responsible for the closed bank accounts, for

2    stopping payments for all Gina's bills including utilities and cell phones for the family, DMV

3    transactions were frozen, monthly car payments for her sons vehicles were canceled. He took

4    all of the vehicles including those that were gifts from Gina's family members by putting a hold

5    through DMV, all credit cards were cancelled. Todd Shields left Gina Rickard, Clarks beloved

6    with no access to money for food or anything essential needed to survive. The bank accounts

7    belonging to Clark Garen and Ruth Garen were supposed to remain open for two months after

8    Clark died. Clark had told his close friends what they were getting gifted as soon as he got sick.

9    Clark had also told the boys when they first moved in that they never had to leave. This is their

10    family home. (Palm Springs House)

11    Clark had given the Redondo Beach house to Gina early into the relationship. It was the family's

12    Beach House.

13    Clark's funeral was on May 17th, 2019.

14

15    Todd Shields forged a fake WILL appointing himself as the executor and also the beneficiary.

16    Todd's own provisions left Gina's children without anything stating "they did not build a strong

17    enough relationship with him (Clark)". Todd also stated that "Gina gets absolutely nothing and

18    that she had made his (Clarks) life a living hell." Gina and her children were suffering over the

19    loss of Clark and this was blatantly an intentional infliction of yet more emotional distress. These

20    are the kind of words that stay in the sub-conscience mind and cannot be "easily" forgotten.

21    Gina, (being in an obvious state of shock,) believed Todd Shields telling her he was there to

22    help. She was cooperative and gave Don all the bills from Wireless. She sent a letter asking Todd

10

1    for all the credit card statements. Todd ignored her and never replied back.

2

3    The Will Todd presented to court has several inaccurate details. Clark was an attorney. He took

4    an oath and upheld that OATH without fail. He was meticulous with his records. His mother

5    Ruth also kept a very accurate accounting of everything she did. Clark would NOT have made

6    these kinds of errors. The date of Clarks father, Bernard, shows the year of his death off by 10

7    years. Bernard Garen died in 1986. Todd put 1976. Ruth Garens birthdate is the wrong day. Ruth

8    Garens date of birth is January 5,1919 not the 4th. Gina's last name is RICKARD. Todd put

9    RICHARD. Her youngest son Brandon's last name is Rickard. Todd put Gorball. Clark knew all

10   of these facts and being so meticulous would not of made these errors.

11   Todd wrote into the fake WILL, himself, to get the Bentley and the rest of the estate assets.

12   There was no bracelet at any time that was to go to Don Hopp. Finally, this is NOT the signature

13   of Clark Garen. It is FORGED AND FRAUDULENT. The first copy from Todd was in blue ink.

14   There were dot to dot patterns. The WILL he gave to court was in black ink. Only the original

15   copy is to be submitted to court.

16

17   Gina called Tami and asked her if she could move into the Redondo beach house to keep it

18   secure. Tami moved her personal belongings into the home. The realtor, Lee Knickerbocker,

19   showed up with the Torrance police department. They made Tami come outside, handcuffed her

20   ordered her to sit down where she was. The realtor (Knickerbocker) told police that Tami was

21   squatting and had no business being in the house. Tami called Gina. Gina told Torrance police

22   that Tami was asked to live there. The realtor said to force her to leave or be arrested. It was

1    overheard by neighbor Kelly Evans that the realtor planned on closing escrow early. Escrow

2    closed on November 14th. 2020. The history on Redondo property was bought by the Garens and

3    paid in full. It is in the Living Family Trust. It has a HOMESTEAD. The price that it was sold

4    for was far under the value of the current market rate. It sold for only 1.9 million dollars. It was

5    sold against Gina's wishes. Todd wanted the equity out of the property. The realtor was paid an

6    extra $50,000 for doing the fraudulent sale.  It was at this time Gina and Tami realized just how

7    premeditated Todd Shields plans were. The neighbor Kelly Evans was told that "we (Gina &

8    Tami) were just upset because they were already evicted from the palm springs house. This was

9    about 6 months before it happened.  Todd Shields sent Gina a text message of an ariel picture of

10   the Redondo Beach situation, Tami (handcuffed and detained) and the Torrance police officer.

11   There were 3 separate occasions the Torrance Police removed Tami and her ESA dogs from the

12   property.

13

14    In October 2019, at the Palm Springs property, Gina received an Unlawful Detainer lawsuit

15   from Todd Shields. He filed it claiming to be her Landlord. This Palm Springs house was bought

16   and paid for in 2011 by Clark Garen. This property was also in the Garen Family Living Trust.

17   Gina was not served properly according to California law. On the required court date, Todd

18   didn't show up. Case was dismissed.

19   Two weeks later, Gina was served another Unlawful Detainer 2 days before her court date. This

20   notice does not comply with California law. The presiding Judge was Randall White.

21   Gina explained that she was not served properly and showed papers on the ownership of the

22   property to no avail. Randall White said DENIED. Gina was given a notice served by the

1    Riverside County Sheriffs Department which ordered her to vacate the property in 5 days. On the

2    6th day, they RCSD showed up with 3 rovers. Todd Shields and his attorney, Eric Khodadian

3    were at the bottom of the driveway videotaping the removal of Tami, Gina and her 3 sons. The

4    RCSD threatened Tami saying they would shoot the dogs (which are registered emotional

5    support animals) and TAZE the boys if they didn't leave immediately. The RCSD went

6    into the house and removed Gina from the shower. She was naked. She was not able to take

7    anything but the clothes she put on. Everything Gina owned was forced to be left behind. The

8    vehicles in her name were restricted from taking. Tami was the only person allowed to leave in a

9    vehicle. Tami took Gina and her boys and drove off the property. At the bottom of the driveway

10   was Todd Shields, Eric Khodadian and one of the RCSD deputies together and still videotaping.

11   This behavior seemed very peculiar. Todd and his attorney went up to the house. Gina was

12   CRYING. Todd Shields had caused them to be homeless, emotionally broken and left with not

13   one dime.

14   Right after Clark died Todd Shields asked Gina if he could come over alone and give her some

15   personal money of his. Gina rejected his offer. Gina went to Torrance courthouse and filed a

16   domestic violence restraining order against Todd Shields. Todd retaliated against Gina. Todd

17   filed a Harassment restraining order against Gina. This is when Gina started getting arrested for

18   Violating a court order she was never served on. Gina was arrested 3 times on the same warrant.

19   One of the dates on her arrest record was in November. Gina was

20   with Tami in Orange County for the entire month making it impossible for Gina to have been

21   arrested.  The deputies that responded to the calls concerning Gina Rickard seemed to be the

22   same deputies that came to remove Gina from her property at the Palm Springs house and at the

13

1    TV Station. Under one encounter, Gina and Tami called the Sheriffs to do a safety check before

2    entering the station. The next morning, another set of Sheriffs showed up, frisked and detained

3    the Plaintiffs for 45 minutes and forcing them off the property with Gina being arrested and Tami

4    with threats of being arrested if ahe didn't leave. This denied Gina and Tami from their ability to

5    have/make their livelihood. Gina was arrested on June 13, 2020. August 8, 2021, September 22,

6    2021. Gina had never been arrested before these times. These arrests were for violating a court

7    order for domestic violence .Todd filed a Harassment restraining order not a domestic violence

8    order.

9

10   Todd Shields opened PROBATE in Los Angeles California at the Stanley Mosk Building. The

11   judge presiding was Michael Small. The Estate was in a Living Trust and was not supposed to go

12   through probate Todd claimed the entire Estate was only worth $1.8 million dollars. Todd did

13   not claim all the properties in the Estate. The Redondo beach house alone sold for 1.9 million,

14   the Laughlin property sale price is still unknown to Gina, the Palm Springs house was sold for

15   1.3 million. The "new owners" recently took a 1 ½ million dollar loan out against the value of

16   the property. And the sale prices of the contents of the television station is unknown to Gina.

17   Gina has been continued on everything she filed. The Contest of the WILL. Continued.

18   The Recusal of Michael Small. Denied. The appeal of 2nd Unlawful Detainer. Denied.

19   When Gina went to court, she was never given a chance to be heard. Only Continued. She wasn't

20   even asked for her consent on the courts motions. Gina currently has not had 1 day in court to be

21   heard.

22   Gina was informed that probate was over. After researching the case, Gina found out that

14

1   probate is STILL ongoing with Michael Small as the presiding Judge.

2

3   From the beginning of Clark being hospitalized, Todd Shields had this plan. Everything Clark

4   owned his possessions, business, savings, money, assets, keepsakes, was either destroyed or sold

5   by Todd Shields and his self dealing. Gina was left not only heartbroken (without having time to

6   grieve) but had everything that she owned and loved, her life as she knew it, ripped away from

7   her and left out to die. Michael Small ruled in favor of Todd Shields regardless of Gina being

8   notified (which is a violation of her civil rights) Todd had her mail stopped. He deleted Clarks

9   facebook, email accounts, Gina's I cloud account. All Gina and Clark's memories they made and

10  shared were gone. Gina still has her phone and computer being compromised by being hacked of

11  its contents to this date. (verified by Microsoft over 4,000 times)

12

13  Michael Small granted an Ex Parte motion (filed by Todd's attrneys) to remove Gina's

14  recorded documents from Riverside County Records Department. Records showing that she

15  is the "Successor Trustee" to Clark and Ruth Garen Living Family Trust, Substitute Trustee with

16  Full Reconveyance for Ruth Garen, Surviving Domestic Partner to Clark Garen, Affidavits, and

17  Successor Trustee to all Garen Family Properties. Todd claimed the records were fraudulent.

18  This is NOT true. Todd had them removed because he legally couldn't sell the houses while they

19  were in the Living Family TRUST.

20  Property records shows the errors Todd made that were fraudulent. The Palm Springs property

21  has the "New Owners" in the wrong place. Clark bought the Palm Springs house in 2011 from

22  the bank when it was in default by Charles Maclaughlin. It was completely paid in full. The

15

1    Redondo Beach house property records show that the purchase was an HEIR. The buyer is NOT

2    an heir. Todd Shields is NOT an heir. While Todd and all who were in concert with him were

3    devising these fraudulent activities, the estate and all the properties were being neglected,

4    emptied, destroyed, resold. This is not how a personal representative is supposed to handle the

5    affairs and belongings from "a dear friend" like how Todd referred to himself in the fake Will.

6    Todd Shields is not trustworthy. More research into the actions and motions within the courts

7    shows Superior Court Judge Randall White had transferred Gina Rickards Federal Court case

8    over to Riverside County and dismissed it. This Federal case was filed by Gina and Tami in Los

9    Angeles County. Randall White was one of the named defendants in this case. Gina and Tami

10   NEVER filed a Federal Case in Riverside County. When a Federal Court case is filed, a PACER

11   account is needed in order to efile. Gina had a PACER account that was compromised. Her mail

12   from Federal Court was intercepted by Todd Shields. Gina wasn't receiving any correspondence

13   from Federal Court informing her of the courts directives to her to move the case along. Each

14   time the case was dismissed due to Gina's lack of action for failure to prosecute. We have filed

15   this case 4 times with 3 of those filings being dismissed or terminated. Our first filing in Federal

16   Court for a TRO was granted but was NOT enforced by RCSD. This TRO granted Gina the right

17   to be at her properties and to stop "all those in concert with Todd Shields" to cease and desist

18   immediately. Not one of the persons named in the TRO obeyed the Federal Court Order

19   including another call from Todd directing a Sheriff to remove the plaintiffs. He was asked to

20   step down and follow the order from Federal court (which is above Superior court) yet he still

21   jumped over the wall onto the locked property

22   In Nevada, at the Laughlin property, Gina and Tami found the locks changed and the entire

1    contents in the house gone. There was a for sale sign in the front yard. The Plaintiffs called the

2    Sheriffs Department. When the Sheriff showed up, the Plaintiffs were shocked at how they were

3    treated. They detained the Plaintiffs away from each other for over 2 hours. He called Riverside

4    county Sheriffs department who called Todd Shields and threatened to arrest Gina for home

5    invasion and Tami for trespassing. The plaintiffs were given citations instead and forced to leave.

6

7    Gina has tried all ways possible to get back what is rightfully hers. Gina is still HOMELESS,

8    separated from her boys and has no money or no way to make money in order to survive and live

9    because of what Todd Shields has done as the Personal Representative of the Estate of Clark

10    Garen.

11    The friends of Clark Garen are as follows: Margaret "Peggy" Costello, Dr. Steve Hodgkins, Don

12    & Debbie Hopp, Dr. Michael Solomon, Mike Strong, James & Mary Fitzpatrick, Daniel Martin

13    and Scott Gorball.

14    Don Hopp and Scott Gorball are now deceased.

15    Attached Affidavits / Statement of Facts are from Daniel Martin, Scott Gorball, Dr.

16    Michael Solomon and Mike Strong.

17

18    James & Mary Fitzpatrick had a friendship with Clark Garen from 1971. James Fitzpatrick was

19    the notary for some of the properties owned by either Clark or Ruth Garen. Mary Fitzpatrick had

20    knowledge of the Garen Family Living Trust and the contents within. The Fitzpatrick's also had

21    invested $200,000 into the Television Station at the time Clark purchased it. They abandoned

22    their works at the station at which time Clark had made an arrangement to return their investment

1    due to the lack of profits being made from the station.

2

3    At the time of Clarks death. Clark had a civil lawsuit with Charter Communications (Spectrum

4    Cable) that was settled for no less than $150,000 per month. Gina Rickard is the only person

5    (HEIR) who has the rights to this settlement. Joy Rodgers is Mary Fitzpatrick's daughter. She

6    was in concert with Todd Shields and Mary Fitzpatrick over the ownership of the Television

7    Station. Under Mary's directions, Joy claimed to the RCSD that "she" was the owner of Tara

8    Broadcasting. Joy Rogers filed police reports against Gina Rickard for being at the station.  We

9    also believe it was Joys boyfriend/Husband "Mark" who is responsible for taking the Station

10    door completely off and cutting off all power to the station which prompted the Plaintiffs

11    Individual "emergency 911 calls" about an "intruder with a firearm" trying to gain access into

12    the station while the Plaintiffs were inside. Gina and Tami showed the TRO from Federal Court

13    a second time to the RCSD along with Gina's ownership papers but they still made the women

14    leave. The sheriff said that this order might has well be a blank piece of paper cause there is no

15    one here to enforce it.  The RCSD allowed the man to stay at the property with nothing showing

16    who he was or why he should be allowed to be there and act in the manner he did when Gina is

17    the owner with her DEED..

18    To this current date, Gina still has a warrant for her arrest on a crime she did not commit nor a

19    court order broken. She has gone to court to try to show the deeds from Clark to Ruth that Gina

20    is the Substitute Trustee with Full Reconveyance and that Todd Shields has a fake WILL.

21    Todd Shields is trying to take over on accounts (Rockwell Collins) that belong to Ruth Garen. In

22    August, he was denied access due to invalid information. Nevertheless Todd is still acting

18

1   illegally and Ruth Garens accounts have nothing to do with being the representative for Clark

2   Garen

3

4                                          CLAIMS

5   Listed below are the violations of civil rights that were made against the Plaintiff Gina Rickard

6   and her innocent properties and Plaintiff Tami Wendel who was with Gina to witness all of these

7   turn of events that have been stated throughout this entire complaint committed by each and

8   every defendant listed and in concert with Todd Shields.

9

10  Concealment, Fraud and Swindle, Taking of Real Property, Denial of Intangible Rights to

11  Honest Services Title 18 USC 1343, 1345, 1346, 1349.

12

13  Unjust Enrichment, False Claims Title 31 3729

14

15  Intentional Infliction of Emotional Distress, Stalking, Defamation of Character, Libel, Violation

16  of Consumer Protection Statutes Title 15 USC 1681, Title 18 666.

17

18  Malicious Prosecution, Bad Faith, False, Fictitious or Fraudulent Statement of Entry

19  Title 18 USC 1001, 1621, 1622, 1623.

20

21  Violation of the 6th amendment, Violation of Rights Secured by the Constitution for the United

22  States, Constitution for the State of California, Violation of California Government Code 7.14,

1    and California Government Code 11425.10 through 1425.60.

2

3    Aiding and Abetting Title 18 USC 2, 3, 4.

4

5    Conspiracy Against Rights, Depravation of Rights Under the Color of Law

6    Title 18 USC 241, 242

7    Bulloch vs. US 763 (f), 2(d), 1115, 1121 10th Circuit 1985

8

9    Civil Conspiracy, Perjury, Embezzlement Against Estate

10   Title 18 USC 153, 1595, 1621, 1622

11

12   Wrongful Eviction of Owner and Tenant in Possession, Fraud, Bad Faith, Trespass, Declaratory

13   Relief and Injunctive Relief

14   Title 28 USC Rule 65 (b)(1)(A)

15

16   Violation of Rights and Due Process

17   Title 42 USC 1983

18

19

20                              PRAYER FOR RELIEF

21

22   We, Plaintiffs are asking the courts for relief for all the properties listed in this complaint be

1   returned to the rightful owner, which is Gina Rickard. We also ask the court to reprimand the

2   defendants for all the laws they broke and violated against Plaintiffs. The Intentional Infliction

3   of emotional distress incurred by the acts of the defendants against the Plaintiffs, We seek

4   monetary damages in the amount of but not limited to $140 million dollars. We seek the rights to

5   the Television Station and Tara Broadcasting which is rightfully owned by Gina Rickard. We

6   seek a Forensic Accountant to investigate into all the bank accounts owned by and managed

7   from Todd Shields and the 4 businesses that Clark Garen and Don Hopp were partners in. We

8   seek these accounts be returned to Gina Rickard. We seek PUNITIVE damages and punishment

9   to the FULL EXTENT OF THE LAW for Todd Shields and ALL who were in concert with him

10  including all listed defendants of this complaint which include Todd Shields, Eric Khodadian

11  (lawyer), Brendon Bybee (lawyer), Lane Rushforth (lawyer), Joseph Powell (lawyer), Randall

12  White (judge), Michael Small (judge), Scott Lyle (realtor for Palm Springs, Television Station),

13  Lee Knickerbocker (realtor for Redondo Beach), Dr. Steve Hodgkins, (Doctor and close friend

14  who knowingly signed the false residency of Clark Garen) Mary Fitzpatrick, Joy Rogers and her

15  husband/boyfriend "Mark", (Close friends who Falsely claimed ownership of the TV Station and

16  Tara Broadcasting) The Riverside County Sheriffs' Department, Palm Springs Police

17  Department, Indio Police Department (deputies/officers responsible for the arrests and removal

18  of Gina Rickard from all her Properties). Torrance Police Department responsible for the

19  removal of Tami Wendel from the Redondo Beach Property (outside of their jurisdiction of the

20  law which is a civil matter) We seek monetary compensation and criminal charges against

21  those who held offices and took an OATH TO UPHOLD THE LAW, (Lawyers, law

22  enforcement, Judges) that they be made an example of for any and all who chose to VIOLATE

1   this OATH and CODE OF CONDUCT. That this conduct WILL NOT BE TOLERATED.

2   We, as citizens of the United States of America, put our faith into the leaders that gave their

3   word to make sure there was fairness and justice for all. Our faith in the Justice system has been

4   destroyed by corruption from the ones we need to trust the most to ensure this Justice is served.

5   These named in this complaint have failed all that they promised to uphold. So we ask the court

6    for ANY other relief the court deems fair and just.

Tami Wendel
11/18/2022

22